# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KADENCE KREI, legally known as KALEM KREI,<br>Plaintiff,<br><br>V.<br><br>STATE OF NEBRASKA,<br>and<br><br>DANNETTE R. SMITH, in her official Capacity as CEO of the Nebraska Department of Health and Human Services<br><br>and<br><br>JASON JACKSON,<br>in his official capacity as Director of the Nebraska Department of Administrative Services, and<br><br>Defendants. | Case No. 19-_____<br><br><br><br><br><br><br>SUMMONS |

TO THE ABOVE NAMED DEFENDANTS:

STATE OF NEBRASKA
C/O DOUG PETERSON
NEBRASKA ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NEBRASKA 68509

NEBRASKA HEALTH AND HUMAN SERVICES
C/O DALE SHOTKOSKI, GENERAL COUNSEL & COMPLIANCE
1526 K STREET, SUITE 250
LINCOLN, NEBRASKA 68509-5026

JASON JACKSON, DIRECTOR
NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES
1526 K STREET, SUITE 250
LINCOLN, NEBRASKA 68509-4847

YOU ARE HEREBY summoned and required to serve upon SUSAN M. NAPOLITANO, whose address is BERRY LAW FIRM 6940 0 STREET, SUITE 400, LINCOLN, NEBRASKA 68510 an Answer to the Complaint which is herewith served upon you, within 30 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court
*Seal of the U.S. District Court*

Date:_____

(This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.)