IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KADENCE KREI, legally known as KALEM KREI,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**STATE OF NEBRASKA,**<br><br>And<br><br>**DANNETTE R. SMITH, in her official capacity as CEO of the Nebraska Department of Health and Human Services,**<br><br>And<br><br>**JASON JACKSON, in his official capacity as Director of the Nebraska Department of Administrative Services,**<br><br>    **Defendants.** | Case No. 4:19CV3068<br><br>**DEFENDANTS' MOTION TO DISMISS** |

    COME NOW Defendants, the State of Nebraska, and Dannette R. Smith and Jason Jackson, in their official capacities, through counsel, and file the instant Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

Respectfully submitted this 17th day of October, 2019.

                                  **STATE OF NEBRASKA, DANNETTE SMITH, AND JASON JACKSON, Defendants.**

By:    DOUGLAS J. PETERSON
           *Attorney General of Nebraska*

By:    *s/ Stephanie Caldwell*
           Stephanie Caldwell, NE # 22994
           *Assistant Attorney General*

           OFFICE OF THE ATTORNEY GENERAL
           2115 State Capitol
           Lincoln, Nebraska 68509
           (402) 471-2682
           Stephanie.Caldwell@nebraska.gov

           Attorneys for Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By:    *s/ Stephanie Caldwell*
           Stephanie Caldwell, #22994
           *Assistant Attorney General*